Second Department. October 18, 1907.) Action by Gottfried Hofacker against Victorine Hofacker. No opinion. Judgment affirmed by default, with costs.

HOFFMAN, Respondent, v. HOFFMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Marie B. Hoffman against Charles L. Hoffman. No opinion. Order modified, by striking out allowance of $84 for alimony from the commencement of the action to the date of the order, and, as modified, affirmed, without costs. Settle order on notice.

HOFFMAN, Appellant, v. NORTH RIVER SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by George Hoffman against the North River Savings Bank. I. B. Louis, for appellant. N. B. Sanborn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOLLENDER, Appellant, v. REINOLD et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Olivia E. Hollender, against Bernard A. Reinold and another. No opinion. Judgment affirmed, with costs.

HOOK v. NEW YORK CITY RY. CO. MATKOFF v. SAME. HARRISON v. SAME. REIS v. DRUG & CHEMICAL CO. SIEGEL v. UNITED STATES MAILING TUBE CO. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Actions by George N. Hook, by Samuel Matkoff, and by William Harrison against the New York City Railway Company, by Eugene Reis against the Drug & Chemical Company, and by Julius E. Siegel against the United States Mailing Tube Company. No opinions. Applications for leave to appeal to Appellate Division from Appellate Term denied, with $10 costs, in each case. Orders signed.

HOOSICK RIVER PULP CO., Appellant, v. THOMPSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by the Hoosick River Pulp Company against David A. Thompson and another. No opinion. Order affirmed, with $10 costs and disbursements.

HOOVER v. PHILLIPS et al. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Florence A. Hoover, as administratrix, etc., against Bradley H. Phillips and another, as receivers, etc. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for defendants, with costs.

HOPE, Respondent, v. SCRANTON & LEHIGH COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Action by Michael Hope against the Scranton & Lehigh Coal Company. No opinion. Motion for reargument denied.

HOPKINS, Respondent, v. CALLESON HORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Clarence E. Hopkins against the Calleson Horse Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HORN et al., Appellants, v. GLICKMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Appeal from Municipal Court. Action by Joseph Horn and Nellie Horn against Moses N. Glickman. From a judgment for nominal damages only, plaintiffs appeal. Reversed, and new trial ordered. Walter H Thacher, for appellants. Charles Firestone, for respondent.

GAYNOR, J. The defendant in building a house on his lot adjoining the plaintiffs' house negligently and needlessly excavated under their fence and caused it to fall. A strip of the plaintiffs' soil three feet wide also fell into the excavation, carrying with it their rose bushes. The defendant also stored lumber on the plaintiffs' roof, broke a shutter, and his men committed acts of personal nuisance on the plaintiffs' premises. The defendant gave no evidence at all. The action is for damages for the trespasses. The Justice gave the plaintiffs a judgment for six cents, adding insult to injury. The technicalities of the counsel for the defendant which marked every step of the trial are deplorable. The plaintiffs called a competent witness (the last witness, a builder) to prove the amount of damage, but his evidence was excluded, the Justice remarking that he must rigidly enforce the rules of evidence. It cannot be said that the case was tried at all. It was simply a case of baiting the plaintiffs and their counsel by captious, frivolous and vexatious technicalities, which should not be tolerated, much less favored, by a court. The judgment should be reversed.

HORSTKOTTER, Respondent, v. SYRACUSE & SUBURBAN R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Louise Horstkotter against the Syracuse & Suburban Railroad Company.

PER CURIAM. Judgment and order of County Court affirmed, with costs.

McLENNAN, P. J., dissents.

HORSTKOTTER, Respondent, v. SYRACUSE & SUBURBAN R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Louise Horstkotter against the Syracuse & Suburban Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

HORTON, Appellant, v. ANDRUS et al. Com'rs, Respondents. (Supreme Court, Appellate Division. Second Department. October 18, 1907.) Action by Virginia G. Horton against John E. Andrus and others, as commissioners, etc., and Joseph B. See, as treasurer of the county of Westchester. No opinion.

Order affirmed, with $10 costs and disbursements. We do not determine the merits.

HOSMER, Appellant, v. TIFFANY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Edward S. Hosmer, as trustee, against Burnett Y. Tiffany and another. L. M. Berkeley, for appellant. A. Tulin, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOWE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Charles W. Howe against Clarence M. Smith.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE, J., not sitting.

H. REMINGTON & SON PULP & PAPER CO., Respondent, v. REMINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by the H. Remington & Son Pulp & Paper Company against Edward W. Remington. No opinion. Judgment affirmed, with costs.

In re HUMMEL. (Supreme Court, Appellate Division, First Department. November 15, 1907.) In the matter of Abraham H. Hummel. No opinion. Respondent disbarred. Present order.

HUNT, Appellant, v. RACICH, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Robert Hunt against Jacob Racich. C. J. Hardy, for appellant. J. V. Bouvier, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUNTER v. HUDSON COMPANIES. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Paul C. Hunter against the Hudson Companies. No opinion. Motion granted, with $10 costs. Order filed.

HUNTLEY, Respondent, v. FLURI, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Melanie Huntley against George V. Fluri. G. W. Elkins, for appellant. R. E. L. Lewis, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HURLEY v. SMITH. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by John H. Hurley against George M. Smith, as receiver. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re HURLOCK. (Supreme Court, Appellate Division, First Department. November 22, 1907.) In the matter of George D. Hurlock. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HURLOCK, Appellant, v. MAKEVER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by George D. Hurlock against Sanford Makever and others. E. V. Abbott, for appellant. J. C. Lenney, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HYDE, Appellant, v. FLEISHMANN REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by E. Belcher Hyde against the Fleishmann Realty Company.
PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the evidence was not sufficient to sustain a judgment that the delivery of the atlas was not within a reasonable time after the making of the contract.

In re INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) In the matter of the application of the International Railway Company to remove an action entitled "County Court, Niagara County. Susan McMerrick v. International Railway Company"—to the Supreme Court, Erie county.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs.
SPRING, J., not sitting.

JAFFER, Respondent, v. DREYER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Louis A. Jaffer against Louis Dreyer, impleaded. E. L. Turk, for appellant, B. Edelhertz, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JAHN et al., Respondents, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by A. Mathilde Jahn and another as executrix etc., of Gustave A. Jahn, against De Elbert A. Reynolds and another. No opinion. We think the parties should proceed to the trial of this case, and express no opinion upon the merits. Order affirmed, with $10 costs and disbursements. See 101 N. Y. Supp. 293.

JEFFERSON COUNTY, Appellant, v. McMULLIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by the county of Jefferson against Charles B. McMullin. No opinion. Order affirmed, with costs.

JOHNSON, Respondent, v. PRINCE LINE, Limited, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Peter Johnson against the Prince Line, Limited. No opinion. Judgment and order unanimously affirmed by default with costs. See 93 N. Y. Supp. 273.

JOHNSTON, Respondent, v. SYRACUSE LIGHTING CO., Appellant. (Supreme Court,